July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RENE ORLANDO CASALLAS, Appellant

NO. 14-13-00475-CR                           V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion, appellant pay all costs incurred by reason of this appeal, and this decision be certified below for observance.